**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Abraham Ferrel GUTIERREZ,**
**Defendant—Appellant.**

No. 09–50080.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 26, 2010.

Michael J. Raphael, Esquire, Michael Terrell, Assistants U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Mark Windsor, Pasadena, CA, for Defendant–Appellant.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

MEMORANDUM **

Abraham Ferrel Gutierrez appeals from the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Gutierrez contends that the district court erred when it denied his motion for a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2). The district court correctly determined that it did not have the authority to reduce Gutierrez's sentence because Amendment 706 did not affect the applicable sentencing range. *See* 18 U.S.C.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 3582(c); *see also United States v. Leniear,* 574 F.3d 668, 674 (9th Cir.2009). We reject Gutierrez's contention that application of § 3582(c)(2) to the drug quantity in his case renders his Guidelines' range mandatory.

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.